# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 22, 2019

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 19-50162   Daniel Ostrander v. Harold Kosteck, et al
                      USDC No. 6:13-CV-360

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Lisa E. Ferrara, Deputy Clerk
                      504-310-7675

cc w/encl:
    Mrs. Christin Audrey Cobe-Vasquez
    Mr. Daniel Ostrander
    Ms. Heather Kriscenski Rhea

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-50162
_____

DANIEL OSTRANDER,

    Plaintiff - Appellee

v.

HAROLD KOSTECK; OFFICER KENNETH TAYLOR; JOHN KELLY; MICHAEL YARBROUGH; MICHAEL KLUCH; ROBERT PRESTON,

    Defendants - Appellants

_____

Appeal from the United States District Court
for the Western District of Texas
_____

A True Copy
Certified order issued Aug 22, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of August 22, 2019, pursuant to appellants' motion.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT